UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NANCY LENDOFF, | ) |
| Plaintiff, | ) |
| -against- | ) Civil Action No. **15 CV 1244** |
| VICTOR A. CAMPOVERDE, HERMANN LEASING COMPANY and HERMANN SERVICES, INC, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION IN LIMINE TO PRECLUDE MEDICAL RECORDS TO THE EXTENT THAT THE MEDICAL DOCTORS RENDER OPINIONS THEREIN

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By: /s/ James T. Whalen, Jr., Esq.
Attorneys for Defendants
VICTOR A. CAMPOVERDE, HERMANN
LEASING COMPANY and HERMANN
SERVICES, INC.
77 Water Street
New York, New York 10005
(212) 232-1300
File No. 31165.108

4824-3046-5327.1

## MEMORANDUM IN SUPPORT

**I.    Introduction**

Defendants respectfully submit the instant motion in limine to preclude certain portions of the medical records submitted by Plaintiff's counsel pertaining to Dr. Peter Morgan as well as the medical records from the following facilities:  Washington Heights Chiropractic, Hackensack University Medical Center, All County LLC, CitiMed, Specialty Surgery of Secaucus, Advanced Associates for Rehabilitation.

**II.    Argument**

It is well settled that a medical record is inadmissible to the extent that it contains the medical opinion of a non-testifying physician, where the Defendant has no opportunity to cross-examine the doctor.  In the leading case of Wagman v. Bradshaw, 292 A.D.2d 84 (2d Dept. 2002), the Appellate Division drew a distinction between admissible medical records containing the results of specified medical tests (e.g., MRIs), and subjective opinion evidence interpreting the MRI test results in "a written report prepared by a nontestifying healthcare professional" (Ibid., 292 A.D.2d at 88).  The Court held that such a report would be deemed "patently inadmissible hearsay as the declarant, the preparer of the report, is unavailable for cross-examination." (Id.)

See also, Daniels v. Simon, 99 A.D.3d 658 (2d Dept. 2012), wherein the Appellate Division held that the Supreme Court "correctly declined to admit into evidence various medical reports prepared by physicians who examined Deborah Daniels on behalf of her insurance carrier. The reports of these nontestifying physicians were inadmissible because the physicians were unavailable for cross-examination," and a medical report "is not admissible as a business record where, as here, it contains the physician's opinion or expert proof." (Id.)

See also, <u>Clevenger v. Mitnick</u>, 38 A.D.3d 586, 587 (2d Dept. 2007):

We reject the plaintiffs' contention that any error in admitting the MRI reports was harmless based on the circumstance that the defendant was given prior notice of the plaintiffs' intent to offer the MRI scans into evidence and thus, the defendant was given a fair opportunity to call its own expert to oppose the conclusion in the MRI reports. The defendant was deprived of the opportunity to cross-examine the authors of the six MRI reports and the EMG report, and we cannot conclude that the cumulative effect of the jury's access to these reports was harmless.

See also, <u>Schwartz v. Gerson</u>, 246 A.D.2d 589, 590 (2d Dept. 1998); <u>Borden v. Brady</u>, 92 A.D.2d 983, 984 (3d Dept. 1983).

Applying the foregoing well-settled law to the facts of this case, Defendants respectfully submit that the records of the following medical providers, identified as trial exhibits in Plaintiff's proposed Joint Pre-Trial Order, should be precluded under the foregoing authorities to the extent that the records contain opinions about which the Defendants had no opportunity to cross-examine:

Dr. Peter Morgan as well as the medical records from the following facilities: Washington Heights Chiropractic, Hackensack University Medical Center, All County LLC, CitiMed, Specialty Surgery of Secaucus, Advanced Associates for Rehabilitation.

### III. Conclusion

For all the foregoing reasons this Court should grant the within motion in limine, together with such other and further relief as this Court deems just and proper.

Dated: New York, New York
        April 1, 2016

                                        Respectfully submitted,

                                        LEWIS, BRISBOIS, BISGAARD & SMITH LLP

                                   By:  /s/ James T. Whalen, Jr., Esq.
                                        Attorneys for Defendants
                                        VICTOR A. CAMPOVERDE, HERMANN
                                        LEASING COMPANY and HERMANN
                                        SERVICES, INC.
                                        77 Water Street
                                        New York, New York 10005
                                        (212) 232-1300
                                        File No. 31165.108

TO:     PEÑA & KAHN, PLLC
        Attorneys for Plaintiff
        1250 Waters Place, Suite 901
        Bronx, New York 10461
        (718) 585-6551