UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY LENDOFF,<br><br>                 Plaintiff,<br><br>-against-<br><br>VICTOR A. CAMPOVERDE, HERMANN LEASING COMPANY and HERMANN SERVICES, INC, <br><br>                 Defendants. | Civil Action No. **15 CV 1244** |

## DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE PLAINTIFF'S TREATING DOCTORS FROM RENDERING OPINIONS OUTSIDE THE COURSE OF TREATMENT

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD & SMITH LLP

By: /s/ James T. Whalen, Jr., Esq.
     Attorneys for Defendants
     VICTOR A. CAMPOVERDE,
     HERMANN LEASING COMPANY
     and HERMANN SERVICES, INC.
     77 Water Street
     New York, New York 10005
     (212) 232-1300
     File No. 31165.108

4827-2001-1055.1

## INTRODUCTION

Defendants VICTOR A. CAMPOVERDE, HERMANN LEASING COMPANY and HERMANN SERVICES, INC. submit this memorandum of law in support of its application to preclude plaintiff's treating physicians from rendering opinions outside of the course of treatment.

## ARGUMENT

Treating physicians who are designated as non-retained experts under Rule 26(a)(2)(A) are "not ... permitted to render opinions outside the course of treatment and beyond the reasonable reading of the medical records." *Lamere v. New York State Office For The Aging*, 223 F.R.D. 85, 89 (N.D.N.Y.2004); *In re Aredia and Zometa Prods. Liab. Litig.*, ("Aredia Forman"), 2009 WL 2496859, at *2 (M.D.Tenn. Aug. 13, 2009) ("A treating physician for whom no expert report is supplied is not permitted to go beyond the information acquired or the opinion reached as a result of the treating relationship to opine as to the causation of an injury or give an opinion regarding the view of an expert called by the defendant.") (citing *Lorenzi v. Pfizer, Inc.*, 519 F.Supp.2d 742 (N.D.Ohio 2007)); *Brundidge v. City of Buffalo*, 79 F.Supp.2d 219, 225 (W.D.N.Y.1999) (permitting the plaintiff's treating physician to testify about "her opinion as to what caused plaintiff's mental problems as long as her opinion is based solely on her treatment of the plaintiff").

Thus, it is clear that plaintiff's treating doctors are not permitted to render opinions outside the course of treatment. Plaintiff has listed several of her treating doctors as potential witnesses in this matter, including Dr. Steven Horowitz, Dr. Charles Robins, Dr. Timothy Canty and Vanessa Zikovsky. There have been no Rule 26 expert disclosures as it relates to these individuals. Accordingly, it is the defendants' position that these treating physicians

should not been permitted to testify or render opinions outside the course of their treatment of plaintiff, including but not limited to causation of an injury or the rebuttal of the potential testimony of one of the defendants' experts.

Dated: New York, New York
      April 1, 2016

                        LEWIS BRISBOIS BISGAARD & SMITH LLP

                        /s/ James T. Whalen, Jr., Esq.
                        James T. Whalen, Esq.
                        Attorneys for Defendants
                        VICTOR A. CAMPOVERDE, HERMANN
                        LEASING COMPANY and HERMANN
                        SERVICES, INC.
                        77 Water Street
                        New York, New York 10005
                        (212) 232-1300